**COM.**

v.

**WINWOOD, D.**

**957 WDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–02–CR–0012033–1985
(Allegheny)

Affirmed

**COM.**

v.

**METCALF, Z.**

**1319 WDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–04–CR–0002112–2015 (Beaver)

Affirmed

**PARKER, W.**

v.

**JOHNSON, B.**

**1564 WDA 2016**

Superior Court of Pennsylvania.

04/20/2017

GD 15–009524
(Allegheny)

Affirmed

**COM.**

v.

**CROMPTON, D.**

**1288 EDA 2015**

Superior Court of Pennsylvania.

04/21/2017

CP–51–CR–0006722–2013
(Philadelphia)

Affirmed/Vacated/Remanded